**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-7062**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHARLES LEE TORIAN,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Norman K. Moon, District Judge.  (4:01-cr-70057-nkm-1)

─────────────

Submitted:  October 20, 2009        Decided:  October 26, 2009

─────────────

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Charles Lee Torian, Appellant Pro Se.  Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Lee Torian appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Torian</u>, No. 4:01-cr-70057-nkm-1 (W.D. Va. Apr. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>